# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff, ) | |
| ) | CA No.:1:16-2802-JMC |
| v. ) | |
| ) | |
| Robert Bowers ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Upon consideration of the United States' Motion to Dismiss pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, it is hereby;

**ORDERED** that all claims in this action be and hereby are dismissed without prejudice to the United States;

**IT IS SO ORDERED.**

May 11, 2017
Columbia, South Carolina

*J. Michelle Childs*
_____
J. Michelle Childs
United States Magistrate Judge